IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONAL INTERSTATE INSURANCE
COMPANY, an Ohio corporation,

      Plaintiff/Counter Defendant,

vs.                                               Civ. No. 01-1446 MCA/WWD ACE

PENNY EMERSON, a New Mexico
resident,

      Defendant/Counter Plaintiff.

## MEMORANDUM OPINION AND ORDER

      This matter having come before the Court upon Plaintiff's Motion for Protective Order; the Court having determined that it has addressed the discovery questions therein raised in connection with Defendant Counter Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production [Docket No. 44]; and the Court finding that the Plaintiff's Motion for Protective Order is not well taken;

      **IT IS ORDERED** that Plaintiff's Motion for Protective Order **[Docket #49]** be, and it is hereby, **DENIED.**

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE