IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



04 JAN 27 AM 8:51



NATIONAL INTERSTATE INSURANCE COMPANY,
an Ohio Corporation,

    Plaintiff,

vs.                                                                 No. CIV-01-1446-MCA/WDS [ACE]

PENNY EMERSON, a New Mexico Resident,

    Defendant,

and

NATIVE RESOURCE DEVELOPMENT, INC.,
a Navajo Nation Corporation, as a Real Party in
Interest; PENNY EMERSON,

    Counter Plaintiffs,

vs.

NATIONAL INTERSTATE INSURANCE COMPANY,
an Ohio Corporation,

    Counter Defendant.

### NATIVE RESOURCE DEVELOPMENT AND PENNY EMERSON REFORMATION FINDINGS OF FACT AND CONCLUSIONS OF LAW REFERENCE TO EXHIBITS AND TESTIMONY

COME NOW, Native Resource Development and Penny Emerson by and through counsel of record, and submits the following table cross referencing their requested Findings of Fact and Conclusions of Law with their Trial Exhibits and Testimony of Witness:



| FINDINGS OF FACT | TRIAL EXHIBIT | TESTIMONY OF WITNESS |
|---|---|---|
| 1 | 1, 2, 5, 6, 10, 12,13,17, 21 | Emerson/Krzyzanowski |
| 2 | 1, 2, 5, 6, 10, 12,13,17, 21 | Emerson/Krzyzanowski |
| 3 | 32, 33, 34, 43, 44, 50 | Emerson/Krzyzanowski |
| 4 | 32, 33, 34, 43, 44, 50 | Emerson/Krzyzanowski |
| 5 | 32, 33, 34, 43, 44, 50 | Emerson/Krzyzanowski |
| 6 | 32, 33, 34, 43, 44, 50 | Emerson/Krzyzanowski |
| 7 | 32, 44, 50 | Emerson/Terrill |
| 8 | 32, 44, 50 | Emerson/Krzyzanowski |
| 9 | 5, 6, 13, 17, 28, 39, 41, 45, 46, 47, 48, 49, 50 | Emerson/ Krzyzanowski/Terrill/Ben |
| 10 | 5, 6, 13, 17, 28, 39, 41, 45, 46, 47, 48, 49, 50 | Emerson/ Krzyzanowski/Terrill/Ben |
| 11 | 10, 11, 33, 43 | Emerson/Krzyzanowski |
| 12 | 10, 11, 32, 44, 98 | Krzyzanowski |
| 13 | 4, 10, 11, 17, 25, 33, 34, 43, 45 | Emerson/Terrill |
| 14 | 4, 10, 11, 32, 44, 45, 98 | Emerson/Krzyzanowski |
| 15 | 4, 11, 32, 44, 98 | Krzyzanowski |
| 16 | 4, 11, 17, 25, 32, 44, 45, 98 | Emerson/Terrill/Hradek |
| 17 | 4,17, 98 | Hradek/Terrill |
| 18 | 4, 19, 20, 32, 44, 45, 98 | Hradek/Terrill |
| 19 | 21, 23, 24, 28, 31, 32, 44, 50 | Hradek, Emerson/Terrill |
| 20 | 7, 28, 36, 84, 85, 90 | Emerson/Terrill |
| 21 | 7, 28, 36, 84, 85, 90 | Emerson/Terrill |
| 22 | 7, 28, 36, 84, 85, 90 | Emerson/Terrill |
| 23 | 14, 15, 36, 84, 85, 90 | Emerson/Krzyzanowski |
| 24 | 14, 15, 36, 84, 85, 90 | Emerson/Krzyzanowski |
| 25 | 33, 34, 43, 45, 50 | Emerson/Krzyzanowski |
| 26 | 32, 44, 45, 50 | Emerson/Krzyzanowski |
| 27 | 33, 34, 43, 50 | Emerson/Terrill/Allen |
| 28 | 32, 35, 44, 50 | Emerson/Terrill/Hradek/Allen |
| 29 | 7 | Emerson |
| 30 | 10, 11 | Emerson/Allen |
| 31 | 10, 11, 29, 30, 34 | Emerson |
| 32 | 32, 44 | Emerson/Allen |
| 33 | 50 | Emerson/Allen |
| 34 | 32, 33, 34, 43, 44, 45, 50 | Allen |
| 35 | 10, 32, 33, 34, 43, 44, 45, 50 | Allen |

| | | |
|---|---|---|
| 36 | 5, 7, 10, 11, 12, 14, 15, 16, 17, 19, 23, 28, 32, 33, 34, 43, 44, 45, 49, 50 | Emerson/Terrill/Hradek/Krzyzanowski |
| 37 | 7, 10, 11, 12, 13, 14, 15, 16, 17, 23, 28, 32, 33, 34, 36, 43, 44, 45, 49, 50, 84, 85, 90 | Emerson/Terrill/Allen/Krzyzanowski |
| 38 | 7, 10, 12, 34, 43, 44, 49, 50 | Terrill/Hradek/Allen |
| 39 | 7, 10, 14, 15, 16, 32, 33, 34, 36, 43, 44, 45, 49, 50 | Emerson |
| 40 | 7, 10, 14, 15, 16, 32, 33, 34, 36, 43, 44, 45, 49, 50 | Emerson/Allen |
| 41 | 7, 10, 13, 14, 15, 16, 17, 19, 23, 28, 32, 33, 34, 36, 43, 44, 45, 49, 50, 84, 85, 99 | Allen/Terrill |
| 42 | 81 | Emerson/Allen |
| 43 | 81 | Emerson/Allen |
| 44 | 10, 11, 12, 13, 15, 16, 17, 19, 23, 28, 32, 33, 34, 36, 43, 44, 45, 49, 50, 84, 85, 90, 99 | Terrill/Allen |

| CONCLUSIONS OF LAW | TRIAL EXHIBITS | WITNESS TESTIMONY |
|---|---|---|
| 1 | 90 | Allen |
| 2 | 90 | Allen |
| 3 | 84, 85 | |
| 4 | 90, 99 | Allen |
| 5 | 90, 99 | Allen/Emerson/ Terrill |
| 6 | 90, 99 | Allen/Emerson/ Terrill |
| 7 | 90, 99 | Allen/Terrill |
| 8 | | Allen |
| 9 | | Allen |
| 10 | 98 | Emerson/Allen |
| 11 | | Emerson/Allen |
| 12 | 81 | |
| 13 | 81 | |
| 14 | | Allen |

3

Respectfully submitted,

TED BARUDIN & ASSOCIATES, P.C.

By: Theodore W. Barudin
7900 Menaul Blvd., NE
Albuquerque, New Mexico 87110
(505) 332-1800


Maureen A. Sanders
Sanders & Westbrook, P.C.
102 Granite Ave. NW
Albuquerque, NM 87102
(505) 243-2243

Steven C. Henry
3949 Corrales Road - Suite #120
Corrales, New Mexico 87048
(505) 828-0127

4